**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
WINNIE CHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>WINNIE CHEN,<br><br>        Defendant. | 2:10-CR-00427 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd D. Leras; defendant, Winnie Chen, by and through her counsel, Erin J. Radekin; defendant, Sang Ly, by and through his counsel, J. Toney; defendant, Anita Chu, by and through her counsel, Dwight M. Samuel; defendant, Cuong Cach, by and through his counsel, Michael D. Long; defendant, Nhat Hoang, by and through her counsel, David D. Fischer; and defendant, Washing Chen, by and through his counsel, Carl E. Larson, agree and stipulate to vacate the date set for status conference, November 15, 2010 at 10:00 a.m., in the above-captioned matter, and to continue the status conference to January 10, 2011 at 10:00 a.m. in the courtroom of the Honorable Frank C. Damrell, Jr.

The reason for this request is that additional time is needed for defendants' counsel to obtain and review discovery. The Court is advised that Mr. Leras, Mr. Toney, Mr. Samuel, Mr. Long, Mr.

1 Fischer and Mr. Larson concur with this request and have authorized Ms. Radekin to sign this
2 stipulation on their behalf.

3     The parties further agree and stipulate that the time period from the filing of this stipulation
4 until January 10, 2011 should be excluded in computing time for commencement of trial under the
5 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
6 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
7 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
8 outweigh the best interests of the public and the defendant in a speedy trial.

9     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

10 IT IS SO STIPULATED

11 Dated: November 12, 2010          BENJAMIN WAGNER
                                    United States Attorney
12
                                    By:     /s/ Todd D. Leras
13                                          TODD D. LERAS
                                            Assistant United States Attorney
14

15 Dated: November 12, 2010                 /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
16                                          Attorney for Defendant
                                            WINNIE CHEN
17
   Dated: November 12, 2010                 /s/ J. Toney
18                                          J. TONEY
                                            Attorney for Defendant
19                                          SANG LY

20 Dated: November 12, 2010                 /s/ Dwight M. Samuel
                                            DWIGHT M. SAMUEL
21                                          Attorney for Defendant
                                            ANITA CHU
22
   Dated: November 12, 2010                 /s/ Michael D. Long
23                                          MICHAEL D. LONG
                                            Attorney for Defendant
24                                          CUONG CACH

25 Dated: November 12, 2010                 /s/ David D. Fischer
                                            DAVID D. FISCHER
26                                          Attorney for Defendant
                                            NHAT HOANG
27 / / /

28 / /

Dated: November 12, 2010            /s/ Carl E. Larson
CARL E. LARSON
Attorney for Defendant
WASHING CHEN

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of November 15, 2010 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on January 10, 2011 at 10:00 a.m. The Court finds excludable time in this matter through January 10, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: November 12, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-3-