DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Jose Quevedo Mesa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>SANG LY, et al.,<br><br>            Defendants. | Case No.: CR. S-10-0427 FCD/KJM<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning January 10, 2011 and extending through February 3, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the January 10, 2011, calendar and be rescheduled to **February 3, 2011 at 10:00 a.m., before District Judge Kimberly J. Mueller in Courtroom 3.**

Respectfully submitted,

Date:   1-6-11                                             By:  /s/ Danny D. Brace, Jr.,
                                                                DANNY D. BRACE, JR.,
                                                                Attorney for Sang Ly

Date:   1-6-11                                             By: /s/ Dwight Samuels
                                                                Authorized to sign for Mr. Samuels
                                                                On January 6, 2011
                                                                DWIGHT SAMUELS
                                                                Attorney for Anita Chu

Date:  1-6-11                                              By: /s/ Michael D. Long
                                                                Authorized to sign for Mr. Long
                                                                On January 6, 2011
                                                                MICHAEL D. LONG
                                                                Attorney for Cuong Cach

Date:  1-6-11                                              By: /s/ David Fischer
                                                                Authorized to sign for Mr. Fischer
                                                                On January 6, 2011
                                                                DAVID FISCHER
                                                                Attorney for Nhat Hoang

Date:  1-6-11                                              By:  /s/ Erin J. Radekin
                                                                Authorized to sign for Ms. Radekin
                                                                On January 6, 2011
                                                                ERIN J. RADEKIN
                                                                Attorney for Winne Chen

Date:  1-6-11                                              By: /s/ Carl E. Larson
                                                                Authorized to sign for Mr. Larson
                                                                On January 6, 2011
                                                                CARL E. LARSON
                                                                Attorney for Washing Chen

Date:   1-6-11                                             By:/s/ Todd Leras
                                                                Authorized to sign for Mr. Leras
                                                                On January 6, 2011
                                                                TODD LERAS
                                                                Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Dated:  January 6, 2011**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2