DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Sang Ly

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>SANG LY,<br><br>           Defendant | Case No.: 2:10-0427 KJM<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning February 3, 2011 and extending through March 31, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Additionally, the above named counsel had scheduled a conference with the case agent and prosecutor prior to Court.  The case agent has not been available and the meeting has been rescheduled.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

   The parties further request that this matter be taken off the February 3, 2011, calendar and be rescheduled to March 31, 2011 at 10:00 a.m.

1

Respectfully submitted,

Date:   2-2-11                                             By:     /s/ Danny D. Brace, Jr.,
                                                                   DANNY D. BRACE, JR.,
                                                                   Attorney for
                                                                   Sang Ly

Date:   2-2-11                                             By:     /s/ Todd Leras
                                                                   Authorized to sign for Mr. Leras
                                                                   On February 2, 2011
                                                                   Todd Leras
                                                                   Assistant U.S. Attorney

**IT IS SO ORDERED:**

**Dated:**   February 3, 2011.

_____
UNITED STATES DISTRICT JUDGE