UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-00427 KJM |
| Plaintiff, | |
| v. | ORDER |
| SANG LY, | |
| Defendant. | |

Defendant has filed a document he styles as a "Notice of Motion Petitioning For Concurrent Sentence," with citation to 18 U.S.C. § 3584(a). Essentially, he requests that this court adjust his current federal sentence to run concurrent to sentences he will face in response to state charges filed in two cases filed in the state of Washington, for driving under the influence. It appears defendant has not been convicted or sentenced in the Washington state cases. Therefore, there are no sentences that could run concurrently even if this court were inclined to consider defendant's request. Defendant's request is DENIED.

The court notes that Danny D. Brace, Jr. served as defendant's counsel in this case. A courtesy copy of this order will be served on Mr. Brace.

DATED: June 13, 2014.

_____
UNITED STATES DISTRICT JUDGE

1